No. CR 07 00304 JF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SEALED BY ORDER OF THE COURT*

FILED
2007 MAY 16  P 2: 40
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA

vs.

## THOMAS JERRY CARRILLO

---

# INDICTMENT

**COUNT ONE**: Title 18, United States Code, Section 844 (e) – Conveying False Threat.

---

*A true bill.*

_____
*Foreperson*

Filed in open court this ___16___ day of ___May___

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No bail arrest warrant

DOCUMENT NO. 1

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney

5
   150 Almaden Blvd., 9th Floor
6  San Jose, California 95113
   Telephone: (408) 535-5053
7  Facsimile:  (408) 535-5066

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,          )  No. CR 07 00304 JF
                                      )
14     Plaintiff,                     )  VIOLATION: 18 U.S.C. §844 (e) –
                                      )  Conveying False Threat
15     v.                             )
                                      )
16                                    )
   THOMAS JERRY CARRILLO,             )
17                                    )
       Defendant                      )  SAN JOSE VENUE
18                                    )

19

20                           INDICTMENT

21 The Grand Jury charges:

22     On or about October 31, 2006, in the Northern District of California, the defendant,

23                         THOMAS JERRY CARRILLO,

24 did, by means and use of a telephone, maliciously convey false information knowing the same to

25 be false, concerning an attempt and alleged attempt being made, and to be made, unlawfully to

26 //

27 //

28 //

INDICTMENT

1  damage and destroy real and personal property by means of an explosive, in violation of Title 18,
2  United States Code, Section 844(e).
3  DATED:
4  16-May-2007                    A TRUE BILL
5
6                                 _____
                                   FOREPERSON
7
8  SCOTT N. SCHOOLS
   United States Attorney
9
10 _____
11 DAVID R. CALLAWAY
   Deputy Chief, San Jose Branch Office
12
13 (Approved as to form: _____ )
                         AUSA O'Connell
14

INDICTMENT                         -2-

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

COUNT ONE: Title 18, U.S.C. § 844 (e)- Conveying False Threat

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.

▶ THOMAS JERRY CARRILLO

FILED
2007 MAY 16 P 2:41
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

DISTRICT COURT NUMBER

CR 07 00304 JF

SEALED BY ORDER OF THE COURT

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

S/A Ben Domangas-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS M. O'CONNELL

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: