SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

THOMAS M O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408)-535-5053
Fax: (408)-535-5066

*FILED*

*2007 MAY 16  P 2: 40*

*RICHARD W. WIEKING*
*CLERK*
*U.S. DISTRICT COURT*
*NO. DIST. OF CA, S.J.*

*SEALED BY ORDER OF THE COURT*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

CR 07 00304 JF PVT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| THOMAS JERRY CARRILLO, | |
| Defendant. | **UNDER SEAL** |

For good cause shown, as set forth in the oral application made by Assistant United States Attorney Jeff Nedrow on behalf of Assistant United States Attorney Thomas M. O'Connell, the Clerk of the Court is hereby **ORDERED** to file the Indictment, the arrest warrant, and this Order, under seal, and not disclose the contents thereof to anyone without further order of this Court.

**IT IS SO ORDERED.**

DATED:

HOWARD R. LLOYD
United States Magistrate Judge