| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK  Corinne Lew | | | REPORTER/FTR  FTR: 11:10 - 11:45 | | |
| MAGISTRATE JUDGE  Patricia V. Trumbull | | DATE  6/11/07 | | NEW CASE ☐ | CASE NUMBER  CR 07-00304 JF | | |

### APPEARANCES

| DEFENDANT  Thomas Carrillo | AGE | CUST  Y | P/NP  P | ATTORNEY FOR DEFENDANT  C. Lie | | PD. ☒ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY  T. O'Connell | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER  L. Weigel | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR  time | ☐ PRELIM HRG  time | ☐ MOTION  time | ☐ JUGM'T & SENTG  time | ☐ STATUS  time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL  time | ☐ ARRAIGNMENT  time | ☒ BOND SIGNING  time 30 min. | ☐ IA REV PROB. or S/R  time | ☐ BAIL REVIEW  time |
| ☒ DETENTION HRG  time 5 min. | ☐ ID/REMOVALHRG  time | ☐ CHANGE PLEA  time | ☐ PROB. REVOC.  time | ☐ SUP REL HRG  time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY  $ 100,000 PR | SPECIAL NOTES  2 Surety Signatures | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED  ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:  6/27/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:  9:00 am (prev. set) | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.  Jeremy Fogel | ☐ DETENTION HEARING | ARRAIGN-  MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS