1  BARRY J. PORTMAN
Federal Public Defender
2  CYNTHIA C. LIE
Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARRILLO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER SETTING HEARING |
| vs. | ) | |
| | ) | |
| THOMAS JERRY CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16

17                              **STIPULATION**

18        The parties hereby stipulate and agree that the above-captioned matter may be scheduled

19  for an initial district court appearance on Wednesday, July 19, 2007 at 9:00 a.m.  Mr. Carrillo

20  was originally scheduled to appear on Wednesday, June 27, 2007 at 9:00 a.m., but this date was

21  not communicated to the district court.  In addition, the defense has not yet received discovery

22  from the government.  For these reasons, the parties further agree that 21 days may be excluded

23  from the time within which trial shall commence, as the reasonable time necessary for effective

24  preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

25

26

Stipulation and [Proposed] Order Setting Hearing        1

1    Dated: July 3, 2007

2                                        s/_____
                                         CYNTHIA C. LIE
3                                        Assistant Federal Public Defender

     Dated: July 3, 2007
4

5                                        s/_____
                                         THOMAS M. O'CONNELL
6                                        Assistant United States Attorney

7

8                          **[PROPOSED] ORDER**

9         Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10   above-captioned matter shall be set for status hearing on Wednesday, July 19, 2007 at 9:00 a.m.

11        It is further ordered that 21 days shall be excluded from the time within which trial shall

12   commence, as the reasonable time necessary for effective preparation, pursuant to 18 U.S.C.

13   §3161(h)(8)(A) and (B)(iv).

14

15   Dated: July ___, 2007

16                                        _____
                                         JEREMY FOGEL
17                                       United States District Judge

18

19

20

21

22

23

24

25

26

     Stipulation and [Proposed] Order Setting Hearing        2