**E-filed 7/6/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER SETTING HEARING |
| vs. | ) | |
| | ) | |
| THOMAS JERRY CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the above-captioned matter may be scheduled for an initial district court appearance on Wednesday, July ~~19~~ 18, 2007 at 9:00 a.m.  Mr. Carrillo was originally scheduled to appear on Wednesday, June 27, 2007 at 9:00 a.m., but this date was not communicated to the district court.  In addition, the defense has not yet received discovery from the government.  For these reasons, the parties further agree that 21 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Stipulation and [Proposed] Order Setting Hearing          1

1  Dated: July 3, 2007

2  s/_____
   CYNTHIA C. LIE
   Assistant Federal Public Defender

3  Dated: July 3, 2007

4

5  s/_____
   THOMAS M. O'CONNELL
   Assistant United States Attorney

6

7

8  **[~~PROPOSED~~] ORDER**

9   Good cause appearing and by stipulation of the parties, it is hereby ordered that the

10  above-captioned matter shall be set for status hearing on Wednesday, ~~July 19~~ July 18, 2007 at 9:00 a.m.

11   It is further ordered that 21 days shall be excluded from the time within which trial shall

12  commence, as the reasonable time necessary for effective preparation, pursuant to 18 U.S.C.

13  §3161(h)(8)(A) and (B)(iv).

14

15  Dated: July 6 , 2007

16  _____
    JEREMY FOGEL
17  United States District Judge

18

19

20

21

22

23

24

25

26