# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, July 18, 2007
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**      **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Thomas Carrillo |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Cynthia Lie |

PROCEEDINGS:
   Status Review hearing held. Counsel and defendant are present.
Continued to 8/29/07 at 9:00 a.m. for further status review.
 42 days are excluded for the reasons stated.