# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 29, 2007
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Thomas Carrillo |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Cynthia Lie |

PROCEEDINGS:
  Further status review hearing held.  Counsel and defendant are present.
 Continued to 10/3/07 at 9:00 a.m. for further status review.
 35 days are excluded for the reasons stated.