BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF/PVT |
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS OF RELEASE |
| vs. | ) | |
| THOMAS CARRILLO, | ) | **Hon. Patricia V. Trumbull** |
| Defendant. | ) | |

On June 11, 2007, the Court released defendant Thomas Jerry Carrillo on a personal recognizance bond secured by the signatures of his mother and daughter. One condition of his release was that Mr. Carrillo have no contact with employees of DHL, the alleged victim in this case. The parties are informed that Mr. Carrillo remains employed by DHL, notwithstanding the pending charges, but has been on approved medical leave due to an occupational injury to his knee. The parties hereby stipulate and agree that the Order Setting Conditions of Release and Appearance Bond issued June 11, 2007 may be modified to permit Mr. Carrillo to communicate with DHL Terminal Manager Kelvin Lau by telephone or letter for the limited purpose of discussing Mr. Carrillo's workers compensation issues.

Stipulation to Modify Conditions of Release           1

1 | Dated: August 22, 2007

2 |         s/_____
3 |         CYNTHIA C. LIE
        Assistant Federal Public Defender

4 | Dated: August 22, 2007

5 |         s/_____
6 |         THOMAS M. O'CONNELL
        Assistant United States Attorney

Stipulation to Modify Conditions of Release       2