IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF/PVT |
| Plaintiff, | ) ) | [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | ) ) | |
| THOMAS CARRILLO, | ) | **Hon. Patricia V. Trumbull** |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued June 11, 2007 shall be modified to permit Mr. Carrillo to communicate by telephone or letter with DHL Terminal Manager Kelvin Lau, for the limited purpose of discussing Mr. Carrillo's workers compensation issues.

Dated: September ___, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Modifying Conditions of Release          1