BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS JERRY CARRILLO,<br><br>    Defendant. | No. CR-07-00304 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in above-captioned matter may be continued from Wednesday, October 3, 2007 at 9:00 a.m. to Wednesday, October 31, 2007 at 9:00 a.m. The reason for the proposed continuance is that the parties' negotiations and the defense investigation into mental health issues relevant to both settlement and trial is ongoing. The parties further agree that 28 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: October 1, 2007

                                               s/_____
                                               CYNTHIA C. LIE
                                               Assistant Federal Public Defender

Stipulation and [Proposed] Order Continuing
Hearing                                          1

1  Dated: October 1, 2007

2

3                                    s/_____
                                     THOMAS M. O'CONNELL
4                                    Assistant United States Attorney

5

6                              **[PROPOSED] ORDER**

7       Good cause appearing and by stipulation of the parties, it is hereby ordered that the

8  above-captioned matter shall be continued from Wednesday, October 3, 2007 to Wednesday,

9  October 31, 2007 at 9:00 a.m.

10      It is further ordered that 28 days shall be excluded from the time within which trial shall

11 commence, as the reasonable time necessary for effective defense preparation, pursuant to 18

12 U.S.C. §3161(h)(8)(A) and (B)(iv).

13

14 Dated: October ___, 2007

15                                   _____
                                     JEREMY FOGEL
16                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing                                      2