**E-filed 10/3/07**

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| THOMAS JERRY CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in above-captioned matter may be continued from Wednesday, October 3, 2007 at 9:00 a.m. to Wednesday, October 31, 2007 at 9:00 a.m. The reason for the proposed continuance is that the parties' negotiations and the defense investigation into mental health issues relevant to both settlement and trial is ongoing. The parties further agree that 28 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: October 1, 2007

                                                     s/_____
                                                   CYNTHIA C. LIE
                                                   Assistant Federal Public Defender

Dated: October 1, 2007

                                                      s/_____
                                                     THOMAS M. O'CONNELL
                                                     Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the above-captioned matter shall be continued from Wednesday, October 3, 2007 to Wednesday, October 31, 2007 at 9:00 a.m.

It is further ordered that 28 days shall be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: October _2_, 2007

_____
JEREMY FOGEL
United States District Judge