BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00304 JF/PVT |
| Plaintiff, | MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| THOMAS JERRY CARRILLO, | **Hon. Patricia V. Trumbull** |
| Defendant. | |

TO: UNITED STATES OF AMERICA, PLAINTIFF; SCOTT N. SCHOOLS, UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA; AND THOMAS M. O'CONNELL, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Wednesday, October 24, 2007, at 2:00 p.m. or as soon thereafter as the matter may be heard, the defendant Thomas Jerry Carrillo will move this Court for an order modifying the conditions of his pretrial release to permit him to return to work at DHL Express, in the event that his physician authorizes his return to full duty and DHL Express does not discharge him from employment.

The defendant bases this motion on the attached Declaration of Counsel and on such other evidence as may be produced at the hearing on this issue.

Defendant's Motion to Modify Conditions of Release        1

1

2  Dated: October 22, 2007

3                                    Respectfully submitted,

4                                    BARRY J. PORTMAN
                                     Federal Public Defender
5

6
                                     CYNTHIA C. LIE
7                                    Assistant Federal Public Defender

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendant's Motion to Modify Conditions of
Release                                       2