BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF/PVT |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL IN |
| | ) | SUPPORT OF MOTION TO MODIFY |
| vs. | ) | CONDITIONS OF RELEASE |
| | ) | |
| THOMAS JERRY CARRILLO, | ) | |
| | ) | **Hon. Patricia V. Trumbull** |
| Defendant. | ) | |
| _____ | ) | |

I, Cynthia C. Lie, hereby declare as follows:

1. I am the Assistant Federal Public Defender appointed to represent defendant Thomas Jerry Carrillo in the above-captioned matter, in which Mr. Carrillo is charged in a single count Indictment with Conveying a False Threat in violation of Title 1, United States Code Section 844(e).

2. On June 11, 2007, the Court released Mr. Carrillo on a personal recognizance bond secured by the signatures of his mother and daughter. One condition of the June 11, 2007 Order Setting Conditions of Release was that Mr. Carrillo have no contact with employees of DHL, the alleged victim in this case.

3. I am informed and believe that Mr. Carrillo remains employed by DHL,

1  notwithstanding the pending charges, but that he has been on approved medical leave due to an
2  occupational injury to his knee.

3      4.    On August 22, 2007, I spoke with Kelvin Lau, Terminal Manager of DHL
4  Sunnyvale, Mr. Carrillo's workplace. Mr. Lau informed me that DHL has not discharged Mr.
5  Carrillo, and that DHL has its own internal process by which it can discharge an employee for
6  cause under the collective bargaining agreement it has with Teamsters Local 287, of which Mr.
7  Carrillo is a member. Mr. Lau declined to state whether DHL wished to terminate Mr. Carrillo's
8  employment. Mr. Lau did indicate that DHL's collective bargaining agreement between DHL
9  and Teamsters Local did not require DHL to await the resolution of the pending criminal matter
10 before discharging Mr. Carrillo.

11     5.    On September 10, 2007, by stipulation of the parties, this Court modified the June
12 11, 2007 release order to permit Mr. Carrillo to communicate with DHL Terminal Manager
13 Kelvin Lau by telephone or letter for the limited purpose of discussing Mr. Carrillo's workers
14 compensation issues. Mr. Carrillo's treating physician, Edward Damore, has previously cleared
15 Mr. Carrillo to return to work, provided that he limit himself to a semi-sedentary or light duty
16 position. I am informed and believe that DHL had no such position available, and for that reason
17 agreed that Mr. Carrillo should remain off work. DHL Workers' Compensation Administrator
18 Damita Polanco further informed me "if and when there is a full duty release, DHL will contact
19 [me] to make arrangements for [Mr. Carrillo's] return to work.

20     6.    I am informed and believe that on October 24, 2007, Mr. Carrillo will be
21 examined once again by Dr. Damore. In view of Mr. Carrillo's continuing progress in physical
22 therapy, it is anticipated that Dr. Damore will soon authorize Mr. Carrillo to return to full duty,
23 without modification.

24     7.    I have discussed the issue of Mr. Carrillo's employment status at DHL with
25 Assistant United States Attorney Thomas O'Connell, who advised that he would oppose any
26 modification of the conditions of release for the purpose of facilitating Mr. Carrillo's return to

1  DHL employment, absent consent by DHL. On October 19, 2007, Mr. O'Connell informed me
2  that DHL is opposed to Mr. Carrillo's return to work.
3      8.    I am informed and believe that Mr. Carrillo is in compliance with all other
4  conditions of pretrial release, including the condition requiring him to participate in mental
5  health treatment.
6      I declare under penalty of perjury that the foregoing is true and correct and of my personal
7  knowledge, except as to those matters stated on information and belief, and as to those matters, I
8  believe them to be true.
9      Executed this 22nd day of October 2007 in San Jose, California.

11                                        s/_____
                                        CYNTHIA C. LIE
12                                        Assistant Federal Public Defender

Declaration in Support of Motion to Modify
Conditions of Release                            3