# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, October 31, 2007
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**       **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

|  **PLAINTIFF** | **DEFENDANT** |
| :---: | :---: |
| United States | Thomas Carrillo |
| **Attorneys Present:** Thomas O'Connell | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:
   Further status review hearing  held.  Counsel and defendant are present.
 Continued to 11/21/07 at 9:00 a.m. for further status review.
 21 days are excluded for the reasons stated.

Case 5:07-cr-00304-JF   Document 18   Filed 10/31/2007   Page 1 of 1