BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS JERRY CARRILLO,<br><br>Defendant. | No. CR-07-00304 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate and agree that the status hearing in above-captioned matter may be continued from Wednesday, November 21, 2007 at 9:00 a.m. to Wednesday, December 12, 2007 at 9:00 a.m. The proposed continuance will permit the further exchange of discovery and the continuation of the defense investigation. The parties further stipulate that 21 days may be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: November 19, 2007

                                      s/_____
                                      CYNTHIA C. LIE
                                      Assistant Federal Public Defender

Dated: November 19, 2007

                                s/_____
                                THOMAS M. O'CONNELL
                                Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the above-captioned matter shall be continued from Wednesday, November 21, 2007 to Wednesday, December 12, 2007 at 9:00 a.m.

It is further ordered that 21 days shall be excluded from the time within which trial shall commence, as the reasonable time necessary for effective defense preparation, pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: November \_\_\_, 2007

                                _____
                                JEREMY FOGEL
                                United States District Judge