UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

CRIMINAL MINUTES

**Filed**

DEC 13 2007


RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Court Proceedings:** Further Status Review Hearing, December 12, 2007
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      UNITED STATES OF AMERICA V. THOMAS CARRILLO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Thomas Carrillo |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Cynthia Lie |

PROCEEDINGS:
Further status review hearing held. Counsel and defendant are present.
Continued to 1/16/08 at 9:00 a.m. for further status review. 35 days are excluded
for the reasons stated. Mr. O'Connell's motion to unseal the case is granted.