# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

### CRIMINAL MINUTES

**Court Proceedings:** Further Status Review Hearing, January 16, 2008
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| United States | Thomas Carrillo |
| Attorneys Present: Thomas O'Connell | Attorneys Present: Cynthia Lie |

---

PROCEEDINGS:

    Further status review hearing  held.  Counsel and defendant are present.
Continued to 1/30/08 at 9:00 a.m. for further status review.  14 days are excluded
for the reasons stated.