# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition Hearing, January 30, 2008
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Thomas Carrillo |
| **Attorneys Present:** Thomas O'Connell | **Attorneys Present:** Cynthia Lie |

PROCEEDINGS:

   Disposition hearing held.  Counsel and defendant are present. Defendant pleads guilty to count 1 of the Indictment.  Continued to 5/14/08 at 9:00 a.m. for judgment and sentencing.