BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00304 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY CONDITIONS |
| ) | OF PRETRIAL RELEASE |
| vs. ) | |
| ) | |
| THOMAS JERRY CARRILLO, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |
| _____ ) | |

On June 11, 2007, this Court issued an Order Setting Conditions of Release and Appearance Bond and ordered the release from custody of defendant Thomas Jerry Carrillo. On January 30, 2008, Mr. Carrillo entered a plea of guilty to Conveying a False Bomb Threat in violation of 18 U.S.C. 844. Mr. Carrillo's guilty plea was pursuant to an agreement under Rule 11(c)(1)C of the Federal Rules of Criminal Procedure, according to which the parties stipulated to a sentence of probation with no custodial or home confinement term.

The parties hereby stipulate that the Order Setting Conditions of Release and Appearance Bond issued by this Court on June 11, 2007 may be modified as follows:

(1) the requirement of home confinement without electronic monitoring may be deleted;

(2) the restriction of Mr. Carrillo's travel to the County of Santa Clara may be expanded to permit his travel within the Northern District of California for any purpose, and to permit his

1  travel for employment purposes throughout the State of California with the prior authorization of
2  United States Pretrial Services.
3      United States Pretrial Services Officer Jaime Carranza has been consulted as to the
4  proposed modification and has no objection.

6  Dated: March 6, 2008

7  s/_____
   THOMAS M. O'CONNELL
   Assistant United States Attorney

9  Dated: March 3, 2008

10 s/_____
   CYNTHIA C. LIE
11 Assistant Federal Public Defender