IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )      No. CR-07-00304 JF (PVT)
                                             )
                         Plaintiff,          )      [PROPOSED] ORDER TO MODIFY
                                             )      CONDITIONS OF PRETRIAL RELEASE
vs.                                          )
                                             )
THOMAS JERRY CARRILLO,                       )
                                             )
                         Defendant.          )
_____)

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued June 11, 2007 may be modified as follows:

(1) the requirement of home confinement without electronic monitoring shall be deleted;

(2) the restriction of Mr. Carrillo's travel to the County of Santa Clara shall be expanded to permit his travel within the Northern District of California for any purpose, and to permit his travel for employment purposes throughout the State of California with the prior authorization of United States Pretrial Services.

All other conditions of release shall remain in full force and effect.

Dated: ___3/6___, 2008

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge