**Name:** Thomas Carroll  **Progress Notes**  **Date:** DEC 15 20__

Compared to the last visit, how would you describe the way you feel?
- ☐ Very much improved
- ☐ Much improved
- ☐ Minimally improved
- ☐ No change
- ☐ Minimally worse
- ☐ Much worse
- ☐ Very much worse

If "1" is the worst you have ever felt, and "10" is the best, where are you today?

1  2  3  4  5  6  7  8  9  10

**Interval History**

Prozac making pt aggressive — D/C

**Return Appointment:** _____

The dose and frequency of the medication(s) patient is taking:
- D/C Prozac
- Start Luvox 50 → 100 → 200/day
- Ativan 1 mg BID → TID

Indicate if any symptoms below have changed since your last visit:

| Symptom | Worse | Better | Symptom | Worse | Better | Symptom | Worse | Better |
|---|---|---|---|---|---|---|---|---|
| Insomnia | | | Fatigue | | | Anger | | |
| Crying | | | Sedation | | | Anxiety | | |
| Mood | | | Obsessing | | | Suicidality | | |
| Mood Swings | | | Sweating | | | Sex | | |
| Motivation | | | Appetite | | | Dreaming | | |
| Concentration | | | Weight | | | | | |
| Memory | | | Pain | | | | | |

New side effects or symptoms since last visit:

Any medications (including over-the-counter) started or stopped since last visit:

### Side Effect Checklist:

1 = Mild    2 = Moderate    3 = Severe

| | | | |
|---|---|---|---|
| Abnormal Dreams  1 2 3 | Flatulance  1 2 3 | Rapid Heartbeat  1 2 3 | |
| Anxiety  1 2 3 | Frequent Urination  1 2 3 | Rash  1 2 3 | |
| Appetite, Decrease  1 2 3 | Headache  1 2 3 | Restlessness  1 2 3 | |
| Appetite, Increase  1 2 3 | Impotence  1 2 3 | Salivation  1 2 3 | |
| Articulation Impairment  1 2 3 | Insominia  1 2 3 | Sensory Disturbance  1 2 3 | |
| Constipation  1 2 3 | Libido Decreased  1 2 3 | Sleepiness  1 2 3 | |
| Diarrhea  1 2 3 | Libido Increased  1 2 3 | Sweating  1 2 3 | |
| Dizziness  1 2 3 | Menstrual Irregularities  1 2 3 | Thirst  1 2 3 | |
| Dry Mouth  1 2 3 | Nausea  1 2 3 | Tremor  1 2 3 | |
| Ecchymosis  1 2 3 | Nervousness  1 2 3 | Urinary Frequency  1 2 3 | |
| Ejaculatory Delay  1 2 3 | Orgasmic Dysfunction  1 2 3 | Urinary Hesitancy  1 2 3 | |
| Fatigue  1 2 3 | Pain  1 2 3 | Vomiting  1 2 3 | |
| Fever  1 2 3 | Pruritis  1 2 3 | Weight Gain/Loss  1 2 3 | |

EXHIBIT A