Name: Thomas Carrill  **Progress Notes**   Date: 10-20-06

Compared to the last visit, how would you describe the way you feel?
- ☐ Very much improved
- ☐ Much improved
- ☐ Minimally improved
- ☐ No change
- ☒ Minimally worse
- ☐ Much worse
- ☐ Very much worse

If "1" is the worst you have ever felt, and "10" is the best, where are you today?

1 2 3 4 5 6 7 8 9 10

**Interval History**

Pt clearly more tense & dep

Return Appointment: 3 wks

The dose and frequency of the medication(s) patient is taking:
- D/C Luvox → Parnate
- Start _____ 10-30-06
- Xanax 5.0 qd

Indicate if any symptoms below have changed since your last visit:

| Symptom | Worse | Better | Symptom | Worse | Better | Symptom | Worse | Better |
|---|---|---|---|---|---|---|---|---|
| Insomnia | | | Fatigue | | | Anger | | |
| Crying | | | Sedation | | | Anxiety | | |
| Mood | | | Obsessing | | | Suicidality | | |
| Mood Swings | | | Sweating | | | Sex | | |
| Motivation | | | Appetite | | | Dreaming | | |
| Concentration | | | Weight | | | | | |
| Memory | | | Pain | | | | | |

New side effects or symptoms since last visit:

Any medications (including over-the-counter) started or stopped since last visit:

**Side Effect Checklist:**

1 = Mild   2 = Moderate   3 = Severe

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Abnormal Dreams | 1 2 3 | Flatulence | 1 2 3 | Rapid Heartbeat | 1 2 3 |
| Anxiety | 1 2 3 | Frequent Urination | 1 2 3 | Rash | 1 2 3 |
| Appetite, Decrease | 1 2 3 | Headache | 1 2 3 | Restlessness | 1 2 3 |
| Appetite, Increase | 1 2 3 | Impotence | 1 2 3 | Salivation | 1 2 3 |
| Articulation Impairment | 1 2 3 | Insominia | 1 2 3 | Sensory Disturbance | 1 2 3 |
| Constipation | 1 2 3 | Libido Decreased | 1 2 3 | Sleepiness | 1 2 3 |
| Diarrhea | 1 2 3 | Libido Increased | 1 2 3 | Sweating | 1 2 3 |
| Dizziness | 1 2 3 | Menstrual Irregularities | 1 2 3 | Thirst | 1 2 3 |
| Dry Mouth | 1 2 3 | Nausea | 1 2 3 | Tremor | 1 2 3 |
| Ecchymosis | 1 2 3 | Nervousness | 1 2 3 | Urinary Frequency | 1 2 3 |
| Ejaculatory Delay | 1 2 3 | Orgasmic Dysfunction | 1 2 3 | Urinary Hesitancy | 1 2 3 |
| Fatigue | 1 2 3 | Pain | 1 2 3 | Vomiting | 1 2 3 |
| Fever | 1 2 3 | Pruritis | 1 2 3 | Weight Gain/Loss | 1 2 3 |

EXHIBIT B