## PHILIP A. GROSSI, M.D.
### Board Certified In Psychiatry

12-8-06

TO WHOM IT MAY CONCERN:

RE: Tom Carrillo

T. Carrillo was put on Parnate on 10-20-06. He was hospitalized on 10-30-06 for an episode of fainting. Parnate was discontinued on 11-2-06. He may have had another fainting episode on 11-1-06 while at work.

Sincerely





LOCAL 287
DEC 12 2006
RECEIVED

EXHIBIT
C

3425 S. Bascom Ave., Suite C • Campbell, CA 95008-7006 • (408) 559-8000 • (408) 559-9300
Fax: (408) 559-7320