# O'Connor Hospital

2105 Forest Avenue • San Jose, CA 95128-1471
(408) 947-2500

```
58569500  CARRILLO, THOMAS
MR:718270          EMD M    7/04/66
DR.PENNER, MARK          10/30/06
```

## CONDITIONS OF ADMISSION
## TO O'CONNOR HOSPITAL

**9. FOR MEDICARE PATIENTS**
Patient's Certification, Authorization to Release Information, and Payment Release. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical and other information about me to release to the Social Security Administration or its intermediaries or carriers and information needed for this or a related medicare claim. I request that payment of authorized benefits be made on my behalf.

**10. HOSPITAL BASED PHYSICIAN ASSIGNMENT OF BENEFITS**
For services performed at O'Connor Hospital you may require tests and procedures for which you will receive a separate bill from your physician(s). O'Connor Hospital does not bill for the services of physicians.

**11. NOTICE OF PRIVACY PRACTICES - RELEASE OF PATIENT INFORMATION**
I have received a separate document titled *"Notice of Privacy Practices"* that describes how my protected health information is used and disclosed.

Initials of patient or representative _____          ☐ Offered, but refused

**12. HOSPITAL DIRECTORY INFORMATION**
Upon inquiry, via the **hospital directory**, the hospital may provide the following information about the patient when a requestor asks specifically by name:
  a.  My location in the hospital (room number)
  b.  My condition in general terms
  c.  Only to members of the clergy, my religious affiliation

*I do NOT want to be listed in the hospital directory and the above information will not be given out to anyone who calls or asks about me as a patient. This means that I will receive NO PHONE CALLS, NO FLOWER DELIVERY AND NO VISITORS when requested from our Information Desk or telephone operator.*

Initials of patient or representative _____

**Financial Responsibility Agreement by Person Other than the Patient, or the Patient's Legal Representative:**
The undersigned certifies that he/she  has read the foregoing, received a copy thereof, and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept it terms.

I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement, Assignment of Insurance Benefits, and Health Care Service Plan Obligation Provisions above.

| | |
|---|---|
| Date: _10/30/06_ | Date: **LOCAL 287** **DEC 1 2 2006** |
| Time: _1915_ | Time: **RECEIVED** |
| Signature: X _____ | Signature: _____ |
| (Financially responsible party) | (Patient/Parent/Conservator/Guardian) |
| Witness: _____ | If signed by other than patient, indicate relationship: |
| | |
| | Witness: _____ |

**EXHIBIT**
**D**

**13. ADVANCE DIRECTIVES**
Have you completed an advance directive for healthcare?
 ☐ **Yes.** Copy requested and Patient Relations Packet given.
 ☐ **No.** Patient has received information regarding the Advance Directive For Healthcare in the Patient Relations Packet.
 ☐ **No.** Patient is 17 years of age or younger. Accompanying adult given Patient Relations Packet.

**A COPY OF THIS DOCUMENT IS TO BE DELIVERED TO THE PATIENT AND ANY OTHER PERSON WHO SIGNS THIS DOCUMENT.**