

**Center *for* Sports Medicine**

AT O'CONNOR HOSPITAL

455 O'Connor Drive, Suite 150
San Jose, CA 95128-1644
Telephone (408) 947-2522
Facsimile (408) 947-2529
Website www.dochs.org

---

January 18, 2007

To whom it May Concern:

Mr. Thomas Carrillo is under my medical care. He had a syncopal episode on November 1, 2006, and this was a direct result of changes in his medications for his medical problems.

Please call my office should you have any questions regarding Mr. Carillo. Thank you.

Sincerely,

Jeffrey G. Blue, MD
Sports Medicine/Family Medicine




EXHIBIT E

Member of the Daughters of Charity Health System