MARVIN SCOTT RUBINSTEIN, M.D.
400 CARLTON AVENUE, SUITE # 3
LOS GATOS, CALIFORNIA 95032
TELEPHONE (408) 356-8611

11/20/07

To whom it may concern:

This is to certify that Thomas Castillo has been under my care for medical management of his depressive disorder (Dr. Fanibanda is his psychotherapist — I provide medication) from 7/9/07 up to the present time.

It is my opinion that he was still suffering from the ill effects of taking Parnate and Luvox without allowing an appropriate interval between taking these drugs, and that this very likely contributed to his making the phone calls in question.

Marvin A. Rubinstein M.D.
Life Member: American Psychiatric Assn.
Life Member: American Psychoanalytic Assn.

EXHIBIT F