**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE CALIFORNIA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

## CONFIDENTIAL - ATTORNEY WORK PRODUCT

## MEMORANDUM TO ATTORNEY

**TO:** Cynthia Lie

**FROM:** Catherine Ward Neece *CWN*

**DATE:** October 2, 2007

**RE:** United States v. Thomas Jerry Carrillo
CR 07-00304 JF (PVT)

**WITNESS:** Mike Archambault
Telephone: (209) 541-4165

---

On this date, I contacted Archambault at the above listed telephone number. I advised Archambault that I am an Investigator with the Federal Public Defender which has been appointed to represent Thomas Carrillo. Archambault agreed to speak to me.

Archambault said that he has worked with Carrillo at DHL for about four years. He and Carrillo are both drivers and they both started working at DHL at about the same time. They typically work sixty hour weeks, Archambault said so they spent quite a bit of time together. Achambault said that he would consider Carrillo a friend. There are about seventy drivers at DHL and Archambault said that he is only friendly with about twenty of them.

Archambault said that he did not know anything about Carrillo's criminal case or his charges. He said that he had not heard anything about Carrillo having made a false threat.

Carrillo is very quiet, Archambault said. He generally keeps to himself at work. Archambault said that he does not know what kind of an employee Carrillo is, but he did not know of Carrillo having had any problems at work.

Archambault said that he has not noticed any changes in Carrillo's personality or behavior in the last few months before he went on leave.



EXHIBIT G

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE CALIFORNIA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

## CONFIDENTIAL - ATTORNEY WORK PRODUCT

## MEMORANDUM TO ATTORNEY

**TO:** Cynthia C. Lie

**FROM:** Catherine Ward Neece *CWN*

**DATE:** October 2, 2007

**RE:** United States v. Thomas Jerry Carrillo
CR 07-00304 JF (PVT)

**WITNESS:** Adriana Gallardo
Telephone: (408) 230-4574

---

On this date, I contacted Gallardo at the telephone number listed above. I advised Gallardo that I am an Investigator with the Federal Public Defenders Office which has been appointed to represent Thomas Jerry Carrillo. Gallardo agreed to speak to me.

Gallardo said that she is a driver at DHL where she has worked for twenty years. She is Thomas Carrillo's union shop steward, which means that she represents him on behalf of their union. She said that she has known Carrillo for about three years.

Gallardo said that she did not know anything about any criminal charges pending against Carrillo. She said that she thought that he was not at work lately due to a knee injury, and that he was on disability. No one has mentioned his case to her.

Carrillo has not exhibited any unusual behavior as far as Gallardo could remember. She felt that he had been doing really well at work. In fact, she knows that he had received verbal commendations from the DHL Station Manager Kelvin Lau, and an ex-station manager, Antonio Mensuardo who is no longer with DHL, but who was Carrillo's direct supervisor.

Carrillo had been doing very well at work prior to his taking leave, Gallardo said. Last

Page 2

year, Carrillo had a very important delivery area which included the Intel account. This delivery area had a very tight delivery schedule, and Carrillo did really well with it, Gallardo said.

Gallardo took my telephone number and said that she would call me with Antionio Mensuardo's number.

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE CALIFORNIA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

## CONFIDENTIAL - ATTORNEY WORK PRODUCT

## MEMORANDUM TO ATTORNEY

**TO:** Cynthia Lie

**FROM:** Catherine Ward Neece *CWN*

**DATE:** November 13, 2007

**RE:** United States v. Thomas J. Carrillo
CR 07-00304 JF (PVT)

**WITNESS:** Antonio Mensurado

---

On this date, I contacted Mensurado by telephone. Mensurado stated that he was the defendant's former direct manager at DHL. He became the station manager at the DHL facility in Sunnyvale in January, 2007, and continued in that position for six months. Prior to this, Mensurado said that he was the station manager at the DHL facilitly in Petaluma, California. He is no longer employed by DHL.

Mensurado said that he felt that Carrillo did a very good job while working at DHL. He was very dedicated, Mensurado said. He recalls that he wrote a review regarding Carrillo which detailed the good comments that Carrillo had received from many of his customers.

Mensurado said that Carrillo got along with all of the employees at DHL as far as he knew. Carrillo was very well liked there, Mensurado said.

Mensurado said that he can not remember 

Mensurado said that he could not recall any changes in Carrillo's behavior or demeanor during the time that he worked with him.

**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE CALIFORNIA 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

## CONFIDENTIAL - ATTORNEY WORK PRODUCT

## MEMORANDUM TO ATTORNEY

**TO:** Cynthia C. Lie

**FROM:** Catherine Ward Neece *CWN*

**DATE:** November 13, 2007

**RE:** United States v. Thomas Jerry Carrillo
CR 07-00304 JF (PVT)

**WITNESS:** Adriana Gallardo
Telephone: ▮▮▮▮▮▮

---

On this date, I contacted Gallardo at the telephone number listed above. I had previously spoken to Gallardo on October 2, 2007.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. She said that there are over seventy drivers and they all work sixty hour weeks and have very long days. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Everyone liked Thomas at DHL, Gallardo said. He was very helpful to all of the employees.

Gallardo did recall that he had a small falling out with an employee named Jeena. She started rumors about him, Gallardo said. She can not recall what the rumors were about now.

Page 2

Gallardo said that she recalls that Thomas told her that Jeena was calling him a lot and harassing him. Gallardo said that she once overheard Thomas telling Jeena to stop calling him. She told Thomas to just ignore, Gallardo said.