JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    E-Mail: Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR - 07-00304-JF |
|     Plaintiff, ) | GOVERNMENT'S SENTENCING |
|     v. ) | MEMORANDUM |
| THOMAS JERRY CARRILLO, ) | |
|     Defendant. ) | |

    Defendant THOMAS JERRY CARRILLO is before the court for sentencing based upon his guilty plea to Conveying a False Threat, in violation of 18 U.S.C. §844(e) pursuant to Rule11(c)(1)(C) of the Federal Rules of Criminal Procedure. The Pre-sentence Report prepared by U.S. Probation agrees with the U.S.S.G. calculations of the parties, that is, an adjusted offense level of 6. At Criminal History Category IV, his range is 6 - 12 months.

    The parties have stipulated to a sentence of 60 months probation. The considerations that went into this decision by the Government were many. Most important, as documented by the defendant, it appears that the he did in fact suffer from the effects of an inappropriate

**Sentencing Memorandum CR 07-00304 JF**

combination of medications at around the time of the charged offense. That the defendant suffers from a history of mental disorder is apparent from his prior conduct, as it is from the instant offense. There is no reasonable motive for his actions herein in making a false bomb threat or subsequently falsely reporting having been assaulted.

The Government's understanding through contact with DHL management is that he was a "problem employee" and had negative interaction with management as well as coworkers. His criminal history is replete with anti-social conduct, some of which can only be described as bizarre. The facts surrounding the inexplicable theft of luggage and rental of multiple hotel rooms in Las Vegas in 1999, which resulted in his one felony conviction, serve as but one example.

Regarding a prison sentence, the defendant's history of mental problems, and more importantly, the specific circumstances regarding his mental state at the time of the instant offense, suggest that prison would not be as productive as an *extended* period of supervision. While a split sentence of some kind was considered, the Government notes that the defendant has reportedly fared well under Pretrial Services supervision, including home confinement, since last June.

Under the stipulated plea, his proposed sentence of 5 years probation far surpasses any period of supervised release authorized under the U.S.S.G., and the sentence for any crime committed during that 5 year period would be enhanced by the fact that he is under supervision. Additionally, his Criminal History will likely rise to Category V as a result of this conviction. Thus, there is a significant deterrent effect achieved under this plea agreement. The defendant's chances of successfully abiding by society's rules will be enhanced by strict supervision and enforced follow up psychiatric treatment. Given these advantages, the defendant must also realize that any future criminal conduct will not be met with the same empathy or leniency from the Government and, assuming the plea is accepted, the Court.

Finally, DHL management has been closely consulted throughout this process. They are in agreement with the disposition and stipulated sentence. The defendant has voluntarily resigned from DHL, allaying concerns on their part about future contact with him. They are in

**Sentencing Memorandum CR 07-00304 JF**              2

1 | full agreement with proposed Special Condition 5 prohibiting his presence on their premises
2 | without the explicit approval of Probation.

                                                          JOSEPH R. RUSSONIELLO
                                                          United States Attorney

Dated:   5/8/08                                                    /S/
                                                          THOMAS M. O'CONNELL
                                                          Assistant United States Attorney