# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, May 14, 2008
**Case Number:** CR-07-00304-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**    **UNITED STATES OF AMERICA V. THOMAS CARRILLO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Thomas Carrillo |
| **Attorneys Present:** Thomas O'Connell | **Attorneys Present:** Cynthia Lie |

---

PROCEEDINGS:
   Judgment and sentencing hearing held. Counsel and defendant are present. Defendant is sentenced to 60 months probation on count 1 of the Indictment and $100.00 special assessment.