07/25/2008 08:43 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | THOMAS CARRILLO | DCAN507CR000304 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461003295 | 1 | PR | 100.00 | 06/02/2008 |

San Jose

US VS CARRILLO

Division Payment Total 100.00

Grand Total 100.00

FILED
AUG 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$100.00 SPECIAL ASSESSMENT
PAID IN FULL

6/2/2008

Page 1 of 1