IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00304 JF |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| THOMAS JERRY CARRILLO | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, May 5, 2011, shall be continued to Thursday, June 9, 2011, at 9:00 a.m.

Dated: May 4, 2011

_____
HON. JEREMY FOGEL
United States District Judge

[Proposed] Order Continuing Sentencing Hearing
CR 07-00304 JF                     1